## SCHOOL DISTRICT No. 2. v. JOHN D. M. CONRAD.

MECHANIC'S LIENS; *Public School-House; Sub-Contractor.* A sub-contractor, under the provisions of the act relating to liens of mechanics and others, (laws of 1872, pp. 294, 297,) may secure a lien upon a public school-house erected by a school district.

*Error from Saline District Court.*

ACTION by· *Conrad* against H. C. Stanley, *School District No. 2, Saline County,* and others, to recover from Stanley, as principal contractor, $195 alleged to be due to plaintiff as sub-contractor, and to establish and enforce said sum as a lien upon the school-house of said district. The district court at the May Term 1875, gave judgment for plaintiff, and said *School District No. 2* alleges error, and brings the record here for review.

*C. A. Hiller,* for plaintiff in error.

*T. F. Garver,* for defendant in error.

The opinion of the court was delivered by

HORTON, C. J.: The only question presented in this case is, whether a sub-contractor, under the provisions of the act relating to liens of mechanics and others, (laws of 1872, pp. 294, 297,) can secure a lien upon a public school-house erected by a school district. We answer in the affirmative, and refer to the recent case of *Wilson v. School District,* (ante, p. 104,) as containing our reasons for the conclusion herein, and for a full discussion of the subject.

The judgment will be affirmed.

All the Justices concurring.